**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINDA SMITH, | CIVIL ACTION NO. 3:16-CV-02430 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| THE UNIVERSITY OF SCRANTON, BRIAN CONNIFF, AND CLAYTON NOTTELMANN, | |
| Defendants. | |

## ORDER

**NOW**, this 4th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Leave to Amend (Doc. 17) is **GRANTED**.

(2) An Amended Case Management Order **will** issue.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge