# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA SMITH<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF SCRANTON, BRIAN CONNIFF and CLAYTON NOTTELMANN<br><br>Defendants | CIVIL ACTION NO. 3:16-CV-02430<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 10th day of July, 2018, upon review on Defendants' Motion for Summary Judgment (*Doc.* 33), **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment is **GRANTED** as to Counts I and II of Plaintiff's Complaint (*Doc.* 1).

(2) Judgment is **ENTERED** in **FAVOR** of Defendants and **AGAINST** Plaintiff.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge